## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021263093

**DATE ISSUED:** JANUARY 12, 2022
**DATE FILED:** JANUARY 10, 2022

### DECEDENT INFORMATION
NAME: LINDA ANN RAGAN

DATE OF DEATH: DECEMBER 29, 2021  SEX: FEMALE  SSN: 2312  AGE: 077 YEARS
DATE OF BIRTH: 1944  BIRTHPLACE: JACKSONVILLE, FLORIDA, UNITED STATES
PLACE OF DEATH: INPATIENT
FACILITY NAME OR STREET ADDRESS: ST VINCENTS MEDICAL CENTER
LOCATION OF DEATH: JACKSONVILLE, DUVAL COUNTY, 32204
RESIDENCE: 757 MARTIN LAKES DRIVE EAST, JACKSONVILLE, FLORIDA 32220, UNITED STATES  COUNTY: DUVAL
OCCUPATION, INDUSTRY: MANAGER, BELL SOUTH TELEPHONE COMPANY
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE  EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE

FATHER'S/PARENT'S NAME: ROBERT LYNWOOD FUTCH
MOTHER'S/PARENT'S NAME: MARY EVELYN CREED

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: CASSIDY BLAIRE MAY
RELATIONSHIP TO DECEDENT: GRANDDAUGHTER
INFORMANT'S ADDRESS: 10601 GANDY BOULEVARD NORTH APT NO. 620, ST PETERSBURG, FLORIDA 33702, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: ASHLEY LACEY, F086470
FUNERAL FACILITY: HARDAGE-GIDDENS, RIVERSIDE MEMORIAL PARK AND FUNERAL HOME F040285
7242 NORMANDY BLVD, JACKSONVILLE, FLORIDA 32205
METHOD OF DISPOSITION: BURIAL

PLACE OF DISPOSITION: RIVERSIDE MEMORIAL PARK
JACKSONVILLE, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 1217  DATE CERTIFIED: JANUARY 7, 2022
CERTIFIER'S NAME: KAPIL VYAS
CERTIFIER'S LICENSE NUMBER: OS16061
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH

a. MULTISYSTEM ORGAN FAILURE    HOURS

b. RESPIRATORY FAILURE    DAYS

c. PERICARDIAL TAMPONADE    HOURS

d. CORONARY ARTERY DISEASE

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:
CORONARY ARTERY DISEASE, AFIB W/ RVR, ACUTE KIDNEY INJURY, HYPERTENSION

AUTOPSY PERFORMED? UNKNOWN  AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? UNKNOWN
DATE OF SURGERY:  DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE  TIME OF INJURY (24 HOUR):  INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:  TYPE OF VEHICLE:

*,STATE REGISTRAR*

REQ: 2023528653

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL AND THERMOCHROMIC FL SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (08-13)

*60013216*

CERTIFICATION OF VITAL RECORD

